## The People of the State of Illinois, Appellee, v. Joseph Richardson (Levi Richardson, Appellant).

### Gen. No. 5,886.　(Not to be reported in full.)

Appeal from the Circuit Court of Kankakee county; the Hon. Charles B. Campbell, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed July 31, 1914.

### Statement of the Case.

Action by the People of the State of Illinois against Joseph Richardson and Levi Richardson on a bail bond given by the principal charged with rape on preliminary examination before a police magistrate. From a judgment against defendants, Levi Ricardson appeals.

H. L. Richardson and Stephen R. Moore, for appellant.

Wayne H. Dyer, for appellee.

Mr. Justice Whitney delivered the opinion of the court.

### Abstract of the Decision.

1. Bail, § 47*—*effect of mistake of date in bail bond.* Where a bail bond was given on October 15, 1912 requiring the appearance of the accused at the next term of court to be held on June 6, 1912 instead of 1913 held that the mistake in the date of the next term of court would not render the bond a nullity, that the parties signing the bond were bound to know at their peril the first day of the next term of court, and that the insertion may be regarded as surplusage.

2. Municipal corporations, § 9*—*jurisdiction of police magistrates.* Under the constitution and laws of this State a police magistrate is given the same jurisdiction as a justice of the peace.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

3. Bail, § 29*—*jurisdiction of police magistrate to take bail bond.* Police magistrate has jurisdiction upon preliminary examination of accused on charge of rape to take a bail bond.

4. Criminal law, § 44*—*jurisdiction of police magistrate.* A police magistrate has jurisdiction to hold a preliminary examination on a charge of rape.